1 | Nathan Kingery (SBN 309920)
 Nathan.kingery@wilshirelawfirm.com
2 | WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
3 | Los Angeles, CA 90010
Tel: (213) 381-9988
4 | Fax: (213) 381-9989

5 | Attorneys for Plaintiff
JAMES PETER LEWIS

6 |

7 | Heather B. Dillion (SBN 292156)
Heather.Dillion@jacksonlewis.com
Kaitlyn N. Spear (SBN 358649)
8 | Kaitlyn.Spear@jacksonlewis.com
JACKSON LEWIS P.C.
9 | 200 Spectrum Center Drive, Suite 500
Irvine, California 92618
10 | Telephone: (949) 885-1360
Facsimile: (949) 885-1380

11 |

12 | Attorneys for Defendants
FERRELLGAS, INC.; and SALVADOR PENA

JS-6

13

14

15

UNITED STATES DISTRICT COURT

16

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

18 | JAMES PETER LEWIS, an individual;    Case No. 8:25-cv-0020-KES

19 | Plaintiff,

20 | v.    [~~PROPOSED~~] **ORDER OF DISMISSAL (F.R.C.P. RULE 41A)**

21 | FERRELLGAS, Inc., a Delaware
corporation; SALVADOR PENA, an
22 | individual; and DOES 1-30, inclusive;

23 | Defendants.

24

25

26 | Pursuant to the stipulation of the parties under Federal Rule of Civil

27 | Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND

28

HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,

and parties, with each party bearing that party's own attorney's fees and costs. The

Clerk is directed to close the file.

Dated:  March 27, 2025

_Karen E. Scott_

Honorable Karen E. Scott